**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROY HARTMAN,

Plaintiff

v.

TANSHANNA GOLDEN, et al.,

Defendants

Case No.: 3:26-cv-00277-MMD-CSD

**Report & Recommendation of United States Magistrate Judge**

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

On July 21, 2026, the court granted Plaintiff's application to proceed *in forma pauperis*, but dismissed his complaint with leave to amend, and gave him 30 days to both file an amended complaint and to update his contact information with the court. Plaintiff was cautioned that a failure to timely comply with the court's order would lead to a recommendation for dismissal of this action without prejudice. (ECF No. 4.)

Plaintiff has neither filed an amended complaint nor updated his contact with the court. This action should be dismissed without prejudice pursuant to Local Rule IA 3-1.

**RECOMMENDATION**

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action **WITHOUT PREJUDICE**.

The Plaintiff should be aware of the following:

1. Plaintiff may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report

and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge. Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: September 9, 2026

Craig S. Denney
United States Magistrate Judge