UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROY HARTMAN, Plaintiff, v. TANSHANNA GOLDEN, *et al.*, Defendants. | Case No. 3:26-cv-00277-MMD-CSD<br>ORDER |

*Pro se* Plaintiff Roy Hartman brought this action pursuant to the Fourteenth Amendment. (ECF No. 1-1.) Before the Court is the Report and Recommendation (ECF No. 7 ("R&R")) of United States Magistrate Judge Craig S. Denney, recommending that the Court dismiss Hartman's complaint without prejudice. Hartman had until September 23, 2026 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Denney recommends dismissing Hartman's complaint without prejudice because Hartman failed to comply with an earlier order. (ECF No. 7.) Judge Denney had granted Hartman's application to proceed *in forma pauperis*, but found that Hartman failed to provide factual allegations demonstrating how or when his Fourteenth Amendment rights were violated. (ECF No. 4 at 3.) Judge Denney then dismissed Hartman's complaint with leave to amend and directed him to update his address with the Court by August 20, 2026, but warned that failure to do so would lead to dismissal without prejudice. (*Id.*) Hartman failed to file

an amended complaint and update his address. (ECF No. 7 at 1.) Accordingly, the Court will adopt Judge Denney's R&R in full.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 7) is accepted and adopted in full.

It is further ordered that Plaintiff's application to proceed in forma pauperis (ECF No. 1) is denied as moot.

The Clerk of Court is directed to close this case accordingly.

DATED THIS 29th Day of September 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE